JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 4417

------------------------------------------------------------X
BARTON SHIPPING COMPANY LIMITED, UK,

           Plaintiff,

- against -

TRADHOL INTERNACIONAL S.A.,

           Defendant.
------------------------------------------------------------X

08 CV _____

ECF CASE

RECEIVED
MAY 12 2008
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: May 9, 2008
       Southport, CT

                      The Plaintiff,
                      BARTON SHIPPING COMPANY LIMITED, UK

                      By: _____
                      Coleen A. McEvoy
                      Patrick F. Lennon
                      Charles E. Murphy
                      LENNON, MURPHY & LENNON, LLC
                      420 Lexington Avenue, Suite 300
                      New York, NY 10170
                      (212) 490-6050 - phone
                      (212) 490-6070 - facsimile
                      cam@lenmur.com
                      pfl@lenmur.com
                      cem@lenmur.com