CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BARTON SHIPPING COMPANY LIMITED, UK, :

                       Plaintiff,        :       08-CV-4417

                          v.                :       **NOTICE OF**
                                      :       **APPEARANCE**
TRADHOL INTERNACIONAL S.A.,

                    Defendant.      :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
          June 2, 2008

                                              CLARK, ATCHESON & REISERT
                                              Attorneys for Garnishee
                                              Societe Generale New York Branch
                   By:      _____
                             Richard J. Reisert (RR-7118)
                             7800 River Road
                             North Bergen, NJ 07047
                             Tel: (201) 537-1200
                             Fax: (201) 537-1201
                             Email: reisert@navlaw.com