UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BARTON SHIPPING COMPANY LIMITED, UK,

                         Plaintiff,

- against -

TRADHOL INTERNACIONAL S.A.,

                         Defendant.
-------------------------------------------------------------------X

08 CV 4417 (BSJ)

ECF CASE

**NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF ATTACHED FUNDS**

PLEASE TAKE NOTICE, there having been no appearance from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attached funds of Defendant restrained in the District are to be released pursuant to separate written instructions that will be furnished to the garnishee bank(s).

The release of the aforesaid attached funds by the garnishee bank(s) shall not be subject to any further attachment in New York after those funds are released by the garnishee bank(s).

Dated: June 2, 2008
Southport, CT

                                     The Plaintiff,
                                     BARTON SHIPPING COMPANY LIMITED, UK

                                     By: _____
                                     Patrick F. Lennon
                                     Coleen A. McEvoy
                                     LENNON, MURPHY & LENNON, LLC
                                     420 Lexington Ave., Suite 300
                                     New York, NY 10170
                                     Phone (212) 490-6050
                                     Fax (212) 490-6070
                                     pfl@lenmur.com
                                     cam@lenmur.com

**SO ORDERED:**

_____
Hon. Barbara S. Jones
United States District Judge
June 2, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```